```
         IN THE UNITED STATES DISTGRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION


JENNIFER McCLURE,                   :
                                    :
     Plaintiff,                     :
v.                                  :  CIVIL ACTION NO.:
                                    :   1:11-CV-02896-LTW
                                    :
MASTER CREDIT SYSTEMS, INC.         :
                                    :
     Defendant                      :
```

**AFFIDAVIT OF MATTHEW T. BERRY FOR ATTORNEY FEES**

Comes now Matthew T. Berry, attorney for the plaintiff, and filed this his affidavit for attorney fees and costs and respectfully shows this Court as follows:

1. On March 11, 2013 this Court issued an Order Granting plaintiff's Motion For Summary Judgment and found that the defendant had violated three separate provisions of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. in the scope of its communications with the plaintiff. In its Order, the Court instructed the affiant to submit this affidavit citing the fee-shifting provisions of the FDCPA found at 15 U.S.C. §1692k.

2. Affiant shows that he has represented the plaintiff in this case on the premise of fee shifting provided for by the statute as cited above.

3. As part of the fee agreement, Affiant is entitled to 100% of the attorney fees that may be awarded out of the successful prosecution of plaintiff's claim.

4. The time expended, work performed and out-of-pocket expenses incurred by the Affiant is duly itemized and set forth in Exhibit "A" attached hereto and by reference thereto incorporated herein and made a part hereof.

5. No agreement or understanding exists between the Affiant and any other person for the sharing of attorney's fees or expenses in connection with this case.

6. Affiant addresses the rate and lodestar standards enumerated in Hensley v. Eckerhart, 461 U.S. 424, 434, 103 S. Ct. 1933, 76 L. Ed. 2d 40 (1983); and Ass'n of Disabled Ams. v. Neptune Designs, Inc., 469 F.3d 1357 (11th Cir. Fla. 2006);

**Actual Time Expended and Expenses Incurred In This Case**

7. As set forth in Exhibit A, Affiant has expended 38.3 hours in attorney's time and .40 hours in paralegal time, including the preparation of this affidavit, during the period covered by this affidavit.

8. The plaintiff incurred litigation expenses in connection with this case comprised of $375.00 in filing

fees to the Court and deposition transcript fees of $375.00.

## Hours Reasonably Expended

9.  Affiant submits that the time he allocated to this case was done so efficiently and out of necessity. Exhibit includes no excessive, redundant or unnecessary hours. Moreover, Affiant affirmatively acted to minimize the time and expenses in this case. Specifically,

    a) In an email exchange on March 7, 2012 Affiant conveyed an offer of settlement of the maximum statutory penalty of $1,000.00 plus costs incurred (depositions had been taken) and attorney fees to date. That offer was rejected;

    b) In an email exchange on March 15, 2012 Affiant informed opposing counsel that that the Bona Fide Error Defense was not appropriate in this case and that contesting it would increase costs unnecessarily. Affiant asked that it be withdrawn for those reasons. This request was declined requiring Affiant to expend time on the defense;[1] and

---

[1] The Bona Fide Error Defense is a complex and critical assertion in FDCPA litigation because, if applicable, it can serve as a complete defense to a plaintiff's claims. 15 U.S.C. §1692(c)

    c) In an email exchange on April 22, 2012 Affiant again reiterated the offer of settlement described above and informed opposing counsel that the next step in the litigation if not resolved was plaintiff's motion for summary judgment. Affiant informed opposing counsel that this work could easily require 20 or more hours thus markedly increasing litigation costs. Plaintiff's offer was rejected.

### Skill Experience and Hourly Rate of Affiant

10.    The Affiant has been a member of the Georgia Bar, and admitted to practice in this Court, since 1986. Affiant has devoted the majority of his practice to consumer finance law including preserving the rights of consumers under the FDCPA. Affiant is both skilled and experienced in this area of law and his knowledge in this area allows him to obtain significant results for consumer clients as efficiently as possible. My usual hourly rate for litigation in Federal Court is $375.00 per hour.

### Reasonable Hourly Rate

11.    Affiant submits that his rate of $375.00 per hour is reasonable and shows,

    a) This rate is in keeping with rates charged by similarly experienced attorneys and with prevailing

market rates. See, affidavit of Schuyler Elliot, Esq. submitted as Exhibit B;

b) Affiant's rate is supported by the results obtained on behalf of the plaintiff (the Court found that the defendant violated three separate provisions of the FDCPA);

c) Affiant's rate is warranted given the efficiency by which Affiant resolved the matter having filed a successful motion for summary judgment after discovery concluded;

d) Affiant's resources are quite finite and the decision to pursue claims such as the plaintiff's to enforce the FDCPA necessarily results in Affiant declining other work;

e) Affiant submits that, despite the hourly fee agreement with plaintiff, this and the majority of other FDCPA cases are indeed contingent fee cases in that the fee-shifting provision of the statute requires the plaintiff to prevail; and

f) The Affiant has, in this case, vindicated important legal rights and contested particularly egregious behavior on the part of the defendant benefiting not only the plaintiff but other Georgia consumers as well.

WHEREFORE Affiant prays that Matthew T. Berry, Esq., be awarded fees of $15,498.00 and cost of $750.00 for a total of $16,248.00. Affiant also moves this Court for leave to amend should additional time be expended with respect to any future hearing the Court may order on this matter.

Respectfully submitted this 19th day of March, 2013.

```
            /s/
Matthew T. Berry, Affiant
Attorney for Plaintiff
Georgia Bar No.: 055663
2751 Buford Highway, Suite 400
Atlanta, GA 30324
(404) 235-3334
```

Berry & Associates
2751 Buford Highway
Suite 400
Atllanta, Georgia 30324

Exhibit A

,                                                                              Date:   3/19/2013

Regarding:  McClure, Jennifer v. Master Credit, Inc. and "B. Adkins"
Invoice No:  01537

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 10/04/2010 | MTB | Receive and review collection for Cobb EMC from "B. Adkins" referencing Master Credit, Inc | 0.20 | $375.00 | $75.00 |
| 10/04/2010 | MTB | Review Cobb EMC POC filed June 27 2010 | 0.25 | $375.00 | $93.75 |
| 3/25/2011 | MTB | Review client's Petition and Schedules re: defendant | 0.40 | $375.00 | $150.00 |
| 8/20/2011 | MTB | Review applicable code sections and case law in preparation for litigation, including 1692 et seq. of the FDCPA | 2.50 | $375.00 | $937.50 |
| 8/29/2011 | MTB | Draft Complaint and Civil Cover Sheet | 1.25 | $375.00 | $468.75 |
| 9/12/2011 | MTB | Draft Notice of Lawsuit to Master Credit | 0.25 | $375.00 | $93.75 |
| 9/16/2011 | MTB | Prepare Req Waiver of Service of Summons (As Served) | 0.40 | $375.00 | $150.00 |
| 9/26/2011 | MTB | Proof of Delivery of Waiver of Service of Summons | 0.10 | $375.00 | $37.50 |
| 11/29/2011 | MTB | Receive and review Defenses & Answer filed by MCI | 0.40 | $375.00 | $150.00 |
| 1/25/2012 | MTB | Draft proposed joint stipulation and email to Opp Counsel | 0.30 | $375.00 | $112.50 |
| 2/07/2012 | MTB | Numerous tel confs to opp counsel re: settlement and discovery | 0.50 | $375.00 | $187.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/07/2012 | MTB | Prepare Notice of deposition seeking corporate designee and request for production of documents | 0.50 | $375.00 | $187.50 |
| 2/09/2012 | MTB | Prepare and serve Notice of Deposition | 0.70 | $375.00 | $262.50 |
| 2/10/2012 | AGRE | Arrange for court reporter and transmit case information | 0.30 | $120.00 | $36.00 |
| 2/14/2012 | AGRE | Receive Confirmation of Assignment from court reporter for 02/17/2012 | 0.10 | $120.00 | $12.00 |
| 2/16/2012 | MTB | Prepare for deposition of the defendant | 2.80 | $375.00 | $1,050.00 |
| 2/17/2012 | MTB | received msg from opp counsel's assistant re: settlement (but no clear offer ore request for demand. Attempted to return call and left msg. | 0.15 | $375.00 | $56.25 |
| 2/17/2012 | MTB | Travel to office of Opp. Counsel; depose 2 representatives of defendant; return to office | 3.25 | $375.00 | $1,218.75 |
| 2/24/2012 | MTB | Called Opp Counsel, left message with assistant (no return call after 48 hrs) | 0.10 | $375.00 | $37.50 |
| 2/25/2012 | MTB | Deposition transcript email from Esquire for Witness Pukish | 0.20 | $375.00 | $75.00 |
| 3/07/2012 | MTB | Attempt to call opp. counsel (no return call having been received in the last 48 hours) and draft email to opp. counsel. | 0.25 | $375.00 | $93.75 |
| 3/07/2012 | MTB | Tel conf. with client re: settlement authority | 0.25 | $375.00 | $93.75 |
| 3/09/2012 | MTB | Email exchange with opposing counsel re: potential settlement | 0.30 | $375.00 | $112.50 |
| 3/10/2012 | MTB | Draft Certificate of Interested persons | 0.40 | $375.00 | $150.00 |
| 3/10/2012 | MTB | Draft Initial disclosures | 0.70 | $375.00 | $262.50 |
| 3/11/2012 | MTB | Draft Joint Preliminary Statement and Discovery Plan | 1.20 | $375.00 | $450.00 |
| 3/11/2012 | MTB | Draft response to Show Cause Order | 0.40 | $375.00 | $150.00 |
| 3/11/2012 | MTB | draft email forwarding all documents to opposing counsel | 0.20 | $375.00 | $75.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/20/2012 | MTB | Settlement offer email | 0.20 | $375.00 | $75.00 |
| 3/30/2012 | MTB | Status conference with the Court | 0.15 | $375.00 | $56.25 |
| 4/13/2012 | MTB | Review amended answer filed by MCS | 0.20 | $375.00 | $75.00 |
| 4/13/2012 | MTB | Analysis of 11the Cir. case law addressing Bona Fide Error Defense raised by defendant in amended answer | 1.20 | $375.00 | $450.00 |
| 4/18/2012 | MTB | Email exchange with opposing counsel re: Stipulation re: BK Stay | 0.20 | $375.00 | $75.00 |
| 4/20/2012 | MTB | Email exchange with opposing counsel | 0.10 | $375.00 | $37.50 |
| 4/21/2012 | MTB | Begin outlining motion for summary judgment and review FRCP and Local Rule 56 | 1.50 | $375.00 | $562.50 |
| 4/22/2012 | MTB | Review and index deposition testimony of Pukish (1.10 hrs); Review and index deposition testimony of Hall (.6) | 1.70 | $375.00 | $637.50 |
| 5/10/2012 | MTB | Draft Statement of Facts in support of motion for summary judgment with record citations | 2.50 | $375.00 | $937.50 |
| 5/12/2012 | MTB | Draft motion for summary judgment (.4 hours); draft brief in support of motion with citations to the record, case and statutory law. (this work was performed over two days) (9.5 hours) | 9.90 | $375.00 | $3,712.50 |
| 5/13/2012 | MTB | Prepare index of exhibits and attachments | 0.40 | $375.00 | $150.00 |
| 6/04/2012 | MTB | Receive and review defendants response to plaintiff's motion for summary judgment | 0.40 | $375.00 | $150.00 |
| 6/05/2012 | MTB | Receive and review request for leave of absence filed by opp. counsel | 0.10 | $375.00 | $37.50 |
| 3/11/2013 | MTB | Receive and review Order granting plaintiff's motion for summary judgment | 0.60 | $375.00 | $225.00 |
| 3/18/2013 | MTB | Review billing records to date; (.5) Prepare Affidavit of Counsel as to attorneys fees and expenses. (2.2) | 2.70 | $375.00 | $1,012.50 |

Berry & Associates
Page No.:   4

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/18/2013 | MTB | Tel. conf with opposing counsel and receipt of responsive email | 0.20 | $375.00 | $75.00 |
| 3/19/2013 | MTB | Draft Motion For Determination of Damages | 1.20 | $375.00 | $450.00 |
| | | | | Total Fees | $15,498.00 |

*Expenses*

| Start Date | Description | Quantity | Price | Charges |
|---|---|---|---|---|
| 9/18/2011 | Filing Fee | 1.00 | $375.00 | $375.00 |
| 3/06/2012 | Deposition transcription fee | 1.00 | $375.00 | $375.00 |
| | | | Total Expenses | $750.00 |

| | |
|---|---|
| Total New Charges | $16,248.00 |
| Previous Balance | $0.00 |
| Balance Due | $16,248.00 |

*Staff Summary*

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Andrea Nicole Greer | 0.40 | $120.00 | $48.00 |
| Matthew T. Berry | 41.20 | $375.00 | $15,450.00 |

IN THE UNITED STATES DISTGRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER McCLURE, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.: |
| | : 1:11-CV-02896-LTW |
| MASTER CREDIT SYSTEMS, INC. | : |
| Defendant | : |

## AFFIDAVIT OF SCHUYLER ELLIOTT, ESQ.

Comes now Schuyler Elliot, Esq. and after first being duly sworn states as follows:

1. I am an attorney duly licensed to practice law in the State Of Georgia, having been admitted on June 2, 1993. I am admitted the Federal District Court, Northern District of Georgia.

2. My office and practice are located in the Atlanta metropolitan area.

3. For over 19 years the focus of my practice has been consumer rights litigation, including proceedings to enforce those rights under the Fair Debt Collection Practices Act (the FDCPA).

4. My experience is that Georgia consumers who are victims of abuse by collectors and other parties subject to

the FDCPA are an under-served market. It is my belief that this is due to a number of factors not the least of which are the complexities of the governing law and the contingent nature of the work.

5. It is my belief that attorney fees between $300 and 375.00 per hour is reasonable for attorneys with over 20 years experience and specialized knowledge of this area of the law and is in keeping with prevailing rates in this market.

Further the Affiant sayeth not, this 19th day of March, 2013.

/s/_____
Schuyler Elliott, Esq.
Georgia Bar No.: 244002

Sworn before me this
19th day of March, 2013

_____
Notary

