# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:11-cv-02896-LTW
### McClure v. Master Credit Systems, Inc. et al
### Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 11/05/2013.

TIME COURT COMMENCED: 10:07 A.M.
TIME COURT CONCLUDED: 10:16 A.M.        TAPE NUMBER: FTR GOLD
TIME IN COURT: 00:09                    DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Matthew Berry representing Jennifer McClure<br>David Casey representing Master Credit Systems, Inc. |
| PROCEEDING CATEGORY: | Oral Argument Hearing; |
| MINUTE TEXT: | Parties appeared before the court to offer oral arguments regarding the [37] AFFIDAVIT of Attorney Matthew Berry. The court awarded Attorney Berry costs in the amount of 12,998.00, plus costs of 750.00 for a total of 13,748.00, to include 1,000.00, the maximum statutory penalty under 15 USC § 1592k(a)(2)(A). Attorney Berry is to prepare the final judgment and have Defendant's attorney sign judgment prior to filing it with the court. |